No. 5234.—IN RE ORTIZ GUZMÁN, apldo., *v.* VENEGAS, ALCALDE, aplte.—C. D. Ponce. Abril 11, 1932.

Dada cuenta por el Secretario con un telegrama del abogado de una de las partes, no siendo la vía telegráfica el medio adecuado para hacer solicitudes al Tribunal Supremo, *no ha lugar* a proveer.